# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Stearns County,                                     Civil No. 06-3348 (RHK/RLE)

       Plaintiff,                              **ORDER**

v.

Richard B. Hoeschen,

       Defendant.

---

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is **ORDERED**:

    1.  The Report and Recommendation (Doc. No. 6) is **ADOPTED**; and

    2.  This matter is summarily **REMANDED** to the Minnesota District Court for the Seventh Judicial District, in Stearns County, Minnesota.

Dated:  September 25, 2006

                        s/Richard H. Kyle
                        RICHARD H. KYLE
                        United States District Judge